RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/11/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| SUSAN ALFORD BRUCE | CIVIL ACTION 07-0480 |
|---|---|
| VERSUS | CHIEF JUDGE HAIK |
| RICHARD ALLEN, ET AL | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. After an independent review of the record, including the absence of objections, it is hereby held that the Report and Recommendation of the Magistrate Judge is correct and the findings and conclusions therein are adopted by this Court as its own. The Court notes for the record that it did review the Response/Medical Records filed by the plaintiff on July 31, 2007, but does not construe them as Objections to the Report and Recommendation which were due on July 25, 2007.

Accordingly, Plaintiff's Claims One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, and Nineteen are **DENIED** and **DISMISSED** with Prejudice as frivolous for failing to state claims for which relief may be granted pursuant to the provisions of 28 U.S.C. section 1915(e)(2)(B)(i) and (ii) and 1915(A)(b)(1).

It is further **ORDERED** that plaintiff's state law claims against ADOC Commissioner Allen are **DENIED** and **DISMISSED** with prejudice.

**THUS DONE** and **SIGNED** on this the 10th day of ~~July~~ September, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA