UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SUSAN ALFORD BRUCE** | **CIVIL ACTION NO. 07-0480** |
| | **SECTION P** |
| **VS.** | **CHIEF JUDGE HAIK** |
| **RICHARD ALLEN, ET AL.** | **MAGISTRATE JUDGE METHVIN** |

*ORDER*

Before the court are two motions filed by *pro se* plaintiff Susan Alford Bruce: 1) motion to appoint counsel (Rec. Doc. 19); and 2) motion for copy of court records (Rec. Doc. 20).

On July 6, 2007, the undersigned denied Bruce's two previous motions for appointment of counsel, concluding that the case does not present exceptional circumstances warranting appointment of counsel. In the pending motion for appointment of counsel, Bruce has not shown that exceptional circumstances now exist or that appointment of counsel is otherwise appropriate. Accordingly, the motion to appoint counsel (Rec. Doc. 19) is **DENIED**.

Likewise, Bruce's request that the Clerk of Court provide her with copies of records of all "previous and present lawsuits filed in this court with these named defendants" is improper. The Clerk is not required to research court records to find all previous cases involving the defendants and to copy all documents in those cases. Accordingly, the motion for copy of court records is **DENIED**.

Signed at Lafayette, Louisiana, on September 24, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)