UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SUSAN ALFORD BRUCE | CIVIL ACTION NO. 07-0480 |
| VS. | CHIEF JUDGE HAIK |
| RICHARD ALLEN, ET AL. | MAGISTRATE JUDGE METHVIN |

*ORDER SETTING SCHEDULING DEADLINES*

On July 6, 2007, the court issued a Memorandum Order directing defendants to answer the civil rights complaint (42 U.S.C. §1983) filed by *pro se* plaintiff Susan Alford Bruce. The Order also required discovery be completed by October 16, 2007 and that the parties file either a motion for summary judgment or a statement of issues by November 16, 2007.

Plaintiff has propounded discovery and filed two discovery motions which are being ruled upon today, in a separate order.[1] Although plaintiff has diligently prosecuted this case and discovery is ongoing, it appears that additional time is needed to conclude discovery and file the required motions and/or statements. Accordingly,

**IT IS ORDERED** that the deadline for completion of discovery is extended to **March 14, 2008**.

**IT IS FURTHER ORDERED** that on or before **April 25, 2008**, defendants shall file either a motion for summary judgment with supporting memorandum, or a Statement of Issues,

---

[1] The motions and rulings are: 1) motion to compel production of witness information: DENIED because defendants have responded to the requests; and 2) unopposed motion to subpoena medical records: DENIED because this court is not the proper court to issue the requested subpoenas - plaintiff was instructed where to file for appropriate subpoenas. Plaintiff also filed duplicate motions for summonses of witnesses, which were DENIED because the witnesses reside outside of the subpoena power of this court.

2

enumerating each genuine issue of material fact perceived by that party which is relevant to this matter, or state that there are none.

Signed at Lafayette, Louisiana, on January 25, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)