
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/23/08

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| SUSAN ALFORD BRUCE | CIVIL ACTION NO. 07-0480 |
|---|---|
| VS. | JUDGE HAIK |
| LCS CORRECTIONS SERVICES, INC.<br>MICHAEL STRIEDEL | MAGISTRATE JUDGE METHVIN |

### RULING ON MOTION FOR SUMMARY JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED** that defendants' Motion for Summary Judgment is **DENIED**.

Thus done and signed this _19th_ day of _September_, 2008 at Lafayette, Louisiana.

RICHARD T. HAIK
United States District Judge